IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00910-REB-CBS

FRED JAMES SANDOVAL,

    Plaintiff,

v.

KARON MAJEEL HATCHETT, individually and
as Executive Director of the Denver Election Commission,
WAYNE EDWIN VADEN, individually and
as COUNTY CLERK AND RECORDER and
by his virtue of the office of his being the Clerk and Recorder as
a Denver Election Commissioner;
THE ELECTION COMMISSION; and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Motion for Leave to [sic] Second Amended, Supplemental Complaint Joining Another Party Defendant (filed June 27, 2005, *doc no. 24*) is **GRANTED**. The Clerk's office is instructed to accept for filing the Second Amended, Supplemental Complaint (doc no. 23-1), tendered to the court on June 27, 2005, as of the date of this order. It is further

    **ORDERED** that the case caption shall be amended accordingly.

**DATED:**    June 30, 2005